IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THARBORS BH MANAGEMENT SERVICES, LLC,<br>c/o PDQ Services, Inc.<br>P. O. Box 2109<br>Woodstock, GA 30188-1374<br>doing business as<br>The Arbors Apts,<br><br>   Plaintiff,<br><br>     v.<br><br>KALYN STEPHENS<br>AND ALL OTHER OCCUPANTS,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:15-CV-1032-TWT |

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

T:\ORDERS\15\THARBORS BH Management Services\r&r.wpd

SO ORDERED, this 16 day of April, 2015.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge